UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VANESSA GRUVER<br>   Plaintiff | * <br> * <br> * | CIVIL ACTION NO.: 23-769 |
| VERSUS | * <br> * | JUDGE CARL J. BARBIER |
| QBE SPECIALTY INSURANCE COMPANY<br>   Defendant | * <br> * <br> * | MAG. KAREN WELLS ROBY |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing *Joint Motion to Dismiss* **(Rec. Doc. 14)**,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and all claims in this lawsuit are DISMISSED, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 19th day of January, 2024.

_____
**CARL J. BARBIER**
**UNITED STATES DISTRICT JUDGE**